IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LOYD WATERS**                                                                   **PLAINTIFF**

**VS.**                       **CASE NO. 1:17CV00024 PSH**

**NANCY A. BERRYHILL, Acting Commissioner,**
    **Social Security Administration**                        **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this 4th day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE